IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| JEFFREY BAKER, Individually and for all others similarly situated,<br>    *Plaintiff*,<br><br>V.<br><br>CAJUN ENERGY SERVICES AND RENTALS, LLC,<br>    *Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO.   MO:19-CV-00037 DC |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a) and based upon the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 41) filed June 18, 2020.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 19th day of June, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE